# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wettre, Leda D. | 2. Court or Organization<br><br>U.S. District Court, New Jersey | 3. Date of Report<br><br>07/31/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Gatehouse Media |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Sedona Conference | Feb 28 - Mar 3, 2018 | Nashville, TN | Educational Workgroups | Travel, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Of America Accounts (cash) | A | Interest | M | T | | | | | |
| 2. TD Bank Account (cash) | A | Dividend | K | T | | | | | |
| 3. JP Morgan Chase Bank Account (cash) | A | Interest | M | T | | | | | |
| 4. 529 #1 (H) | | | | | | | | | |
| 5. Schwab 529 Moderately Aggressive Track: 50% Equity PORTFOLIO | | None | | | Sold | 02/06/18 | M | | |
| 6. Schwab 529 Moderately Aggressive Track: 40% Equity PORTFOLIO | | None | N | T | Buy | 02/06/18 | M | | |
| 7. 529 #2 (H) | | | | | | | | | |
| 8. Schwab 529 Short-Term Portfolio | | None | M | T | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. Cambiar Intl Equity Inc (CAMIX) | A | Dividend | | | Sold | 06/15/18 | J | A | |
| 11. Causeway Emerging Mkts Inst (CWMIX) | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 12. Edgewood Growth Instl (EGFIX) | | None | | | Sold | 07/25/18 | J | A | |
| 13. Harding Loevner Intl Eqty Inst (HLMIX) | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 14. JP Morgan Value Advantage I (JVASX) | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 15. Lazard Intl Strat Eq PTF Inst (LISIX) | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 16. Loomis Growth Y (LSGRX) | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 17. Metropolitan West Tot Ret Bd I (MWTIX) | A | Dividend | | | Sold | 07/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pear Tree Polaris Fgn VL I (QFVIX) | | None | | | Buy | 06/15/18 | J | | |
| 19. | | | | | Sold | 07/25/18 | J | A | |
| 20. iShares Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 21. iShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 22. iShares Edge MSCI US Momentum (MTUM) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 23. iShares Global Tech ETF (IXN) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 24. iShares S&P 500 Growth ETF (IVW) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 25. iShares S&P 500 Value ETF (IVE) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 26. IRA #2 (H) | | | | | | | | | |
| 27. Morgan Stanley Bank N.A. (cash) | A | Interest | M | T | | | | | |
| 28. Alps Sector Dividend Dogs (SDOG) | A | Dividend | K | T | Buy (add'l) | 05/09/18 | J | | |
| 29. | | | | | Sold (part) | 06/05/18 | J | A | |
| 30. First Tr Valu.Ln Div Idx (FVD) | A | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 31. | | | | | Sold (part) | 06/05/18 | J | A | |
| 32. First Trust Capital Strgth ETF (FTCS) | A | Dividend | K | T | Buy | 02/28/18 | K | | |
| 33. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 34. First Trust Devel Mkt Ex-US (FDT) | A | Dividend | J | T | Buy | 06/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Trust DJ Gl Sel Dvd (FGD) | B | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 36. | | | | | Sold (part) | 06/05/18 | J | A | |
| 37. First Trust DW Focus 5 Intl (IFV) | A | Dividend | K | T | Buy (add'l) | 05/09/18 | J | | |
| 38. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 39. First Trust Fncl Alphadex ETF (FXO) | A | Dividend | K | T | Sold (part) | 06/05/18 | J | B | |
| 40. First Trust Lrg Cap Value Al (FTA) | A | Dividend | K | T | Buy | 06/05/18 | K | | |
| 41. First Trust Large Cap Core ETF (FEX) | | None | | | Sold | 02/28/18 | K | D | |
| 42. First Trust Nasdaq ABF CBIF (QABA) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 43. First Trust Nasdaq-100-Tech (QTEC) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 44. First Trust US Eq Opp ETF (FPX) | A | Dividend | K | T | Sold (part) | 02/28/18 | J | A | |
| 45. | | | | | Sold (part) | 06/05/18 | J | B | |
| 46. First Trust North American Energy Infra (EMLP) | A | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 47. | | | | | Sold (part) | 06/05/18 | J | | |
| 48. FT-Preferred Secur & Inc ETF (FPE) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 49. O'Shares FTSE Russell Smll ETF (OUSM) | A | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 50. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 51. O'Shares FTSE US Quality Div (OUSA) | B | Dividend | K | T | Buy (add'l) | 06/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer Mid Cap Revenue (RWK) | A | Dividend | K | T | Buy (add'l) | 05/09/18 | J | | |
| 53. | | | | | Sold (part) | 06/05/18 | J | A | |
| 54. Oppenheimer Small Cap Revenue (RWJ) | A | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 55. | | | | | Buy (add'l) | 05/09/18 | K | | |
| 56. | | | | | Sold (part) | 06/05/18 | J | A | |
| 57. AMG Timessquare Intl Sm Cp I (TQTIX) | A | Dividend | K | T | Buy | 05/09/18 | K | | |
| 58. | | | | | Sold (part) | 06/05/18 | J | A | |
| 59. BlackRock Equity Dividend I (MADVX) | C | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 60. | | | | | Sold (part) | 06/05/18 | J | A | |
| 61. Clearbridge Aggressive Growth I (SAGYX) | C | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 62. EV RBern Equity Strat I (ERBIX) | B | Dividend | K | T | Buy | 05/09/18 | K | | |
| 63. First Eagle Global I (SGIIX) | B | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 64. | | | | | Sold (part) | 05/09/18 | J | A | |
| 65. Harding Loevner Intl Eqty Inst (HLMIX) | A | Dividend | K | T | Sold (part) | 02/28/18 | J | A | |
| 66. | | | | | Sold (part) | 06/05/18 | J | A | |
| 67. Janus Henderson Forty I (JCAPX) | B | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 68. Lazard Glb Lstd Infr PTF Inst (GLIFX) | A | Dividend | | | Buy (add'l) | 02/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/09/18 | K | | |
| 70. Lord Abbett Growth Leaders F (LGLFX) | D | Dividend | K | T | Sold (part) | 02/28/18 | J | A | |
| 71. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 72. Lyrical US Value Equity Instl (LYRIX) | B | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 73. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 74. | | | | | Sold (part) | 06/05/18 | J | B | |
| 75. Nuveen Large Cap Core I (NLCIX) | B | Dividend | K | T | Sold (part) | 06/05/18 | J | B | |
| 76. Nuveen Real Asset Income I (NRIIX) | A | Dividend | | | Sold | 02/28/18 | K | | |
| 77. Nuveen Small Cap Value Fund I ( FSCCX) | A | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 78. Oppenheimer Internatl Div Y (OIDYX) | A | Dividend | K | T | Buy (add'l) | 02/28/18 | K | | |
| 79. Principal Sm Mdcp Div Inc I (PMDIX) | A | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 80. | | | | | Sold (part) | 06/05/18 | J | B | |
| 81. | | | | | Sold | 07/24/18 | K | B | |
| 82. Prudential Jennison Hlth Sci Z (PHSZX) | | None | | | Sold | 02/28/18 | K | C | |
| 83. Wells Fargo Disc S Core Inst (EVSIX) | | None | | | Sold (part) | 06/05/18 | J | B | |
| 84. | | | | | Sold | 07/24/18 | K | C | |
| 85. Wells Fargo Special Mdcp VI I (WFMIX) | | None | | | Buy (add'l) | 02/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/09/18 | J | B | |
| 87. | | | | | Sold (part) | 06/05/18 | J | A | |
| 88. | | | | | Sold | 07/24/18 | K | B | |
| 89. BROKERAGE #1 (H) | | | | | | | | | |
| 90. Vanguard Mid-Cap Gr Inx Admiral (VMGMX) | A | Dividend | L | T | | | | | |
| 91. Vanguard Small-Cap Gr Inx Admiral (VSGAX) | A | Dividend | L | T | | | | | |
| 92. BROKERAGE #2 (H) | | | | | | | | | |
| 93. Morgan Stanley Bank NA (cash) | A | Interest | M | T | | | | | |
| 94. Alps Sector Dividend Dogs (SDOG) | B | Dividend | K | T | | | | | |
| 95. First Tr Valu.Ln Div Idx (FVD) | A | Dividend | K | T | Buy (add'l) | 03/01/18 | J | | |
| 96. First Trust Capital Strgth ETF (FTCS) | A | Dividend | K | T | Buy | 05/24/18 | K | | |
| 97. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 98. First Trust DJ Gl Sel Dvd (FGD) | B | Dividend | K | T | | | | | |
| 99. First Trust Large Cap Core ETF (FEX) | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 100. First Trust North American Energy Infra (EMLP) | B | Dividend | K | T | | | | | |
| 101. First Trust Preferred Secur & Inc ETF (FPE) | A | Dividend | K | T | Buy (add'l) | 02/12/18 | K | | |
| 102. | | | | | Buy (add'l) | 05/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 104. O'Shares FTSE Russell Smll ETF (OUSM) | A | Dividend | K | T | Buy (add'l) | 05/24/18 | J | | |
| 105. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 106. O'Shares FTSE US Quality Div (OUSA) | B | Dividend | K | T | | | | | |
| 107. Oppenheimer Small Cap Revenue (RWJ) | A | Dividend | K | T | Buy | 05/24/18 | J | | |
| 108. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 109. American Funds Capital World Growth And Income Fund (WGIFX) | A | Dividend | J | T | | | | | |
| 110. American Funds Fundamental Investors (FINFX) | A | Dividend | J | T | | | | | |
| 111. American Funds The Growth Fund Of America (GFFFX) | A | Dividend | J | T | | | | | |
| 112. American Funds Smallcap World Fund (SMCFX) | A | Dividend | J | T | | | | | |
| 113. BlackRock Equity Dividend I (MADVX) | A | Dividend | K | T | Buy | 08/15/18 | K | | |
| 114. BlackRock Strategic Opp I (BSIIX) | A | Dividend | K | T | Buy | 01/26/18 | J | | |
| 115. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 116. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 117. Janus Balanced I (JBALX) | B | Dividend | K | T | | | | | |
| 118. Janus Henderson Div & Inc Bldr I (HDIVX) | A | Dividend | K | T | Buy | 05/24/18 | K | | |
| 119. | | | | | Buy (add'l) | 08/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Janus Henderson Flexible Bond I (JFLEX) | A | Dividend | | | Sold (part) | 01/26/18 | J | | |
| 121. | | | | | Sold | 05/24/18 | J | | |
| 122. Janus Henderson Glb Eq Inc I (HFQIX) | B | Dividend | K | T | Buy (add'l) | 03/01/18 | J | | |
| 123. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 124. Janus Henderson Glb Inc Mgd Vlt I (JGDIX) | B | Dividend | | | Sold | 03/01/18 | K | | |
| 125. Janus Henderson Glb Unconstrained Bd I (JUCIX) | A | Dividend | | | Sold | 06/04/18 | J | | |
| 126. Lazard Glb Lstd Infr PTF Inst (GLIFX) | A | Dividend | | | Sold | 05/24/18 | J | | |
| 127. Lord Abbett Bond Deb F (LBDFX) | B | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 128. Lord Abbett Calibrtd Div Gw F (LAMFX) | B | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 129. Lord Abbett Mult Aset Bal Op F (BLAFX) | A | Dividend | K | T | Buy (add'l) | 05/24/18 | J | | |
| 130. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 131. Lord Abbett Short Duration Inc F (LDLFX) | B | Dividend | K | T | Sold (part) | 05/24/18 | J | | |
| 132. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 133. Lord Abbett Ultra Short Bd F (LUBFX) | A | Dividend | M | T | Buy | 05/22/18 | M | | |
| 134. Nuveen Large Cap Core I (NLCIX) | A | Dividend | J | T | Buy (add'l) | 05/24/18 | J | | |
| 135. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 136. Nuveen NWQ Flexible Inc I (NWQIX) | B | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Nuveen Real Asset Income I (NRIIX) | B | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 138. Pioneer Mlti Ast Ult Sht Inc Y (MYFRX) | A | Dividend | K | T | Buy (add'l) | 05/24/18 | J | | |
| 139. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 140. Pioneer Multi Asset Inc Y (PMFYX) | A | Dividend | J | T | Buy (add'l) | 08/15/18 | J | | |
| 141. Principal Preferred Sec Inst (PPSIX) | B | Dividend | | | Sold | 02/12/18 | K | | |
| 142. Principal Sm Mdcp Div Inc I (PMDIX) | C | Dividend | J | T | Sold | 07/24/18 | L | C | |
| 143. | | | | | Buy | 08/15/18 | J | | |
| 144. Putnam Diversified Inc Tr Y (PDVYX) | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 145. Salient Select Income Inst (KIFYX) | B | Dividend | | | Sold | 05/24/18 | J | | |
| 146. TIAA-CREF Social Choice Bd Adv (TSBHX) | A | Dividend | K | T | Buy | 05/24/18 | K | | |
| 147. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 148. Wells Fargo Disc US Core Inst (EVSIX) | A | Dividend | | | Buy (add'l) | 05/24/18 | J | | |
| 149. | | | | | Sold | 07/24/18 | K | A | |
| 150. Wells Fargo Short-Term HiYld Bd I (STYIX) | A | Dividend | | | Buy (add'l) | 05/24/18 | J | | |
| 151. | | | | | Sold | 07/24/18 | K | | |
| 152. BROKERAGE #3 (H) | | | | | | | | | |
| 153. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. District Columbia Genl Oblig Ser-A (25476FMV7) | A | Interest | | | Sold | 08/13/18 | J | | |
| 155. Florida St Brd ED PUB EDU CAP OUTLAY GENL OBLIG REF-B (34153QCS3) | A | Interest | | | Sold | 08/16/18 | J | | |
| 156. Alabama Fed Aid Hwy Fin Auth Spl Oblig Rev Ref-B (010268BZ2) | A | Interest | | | Sold | 10/16/18 | J | | |
| 157. North Tex Twy Auth Rev (66285WUU8) | A | Interest | J | T | | | | | |
| 158. Comal Tex Indpt Sch Dist Tax Sch Bldg PSF-GTO (1998202Y6) | A | Interest | J | T | | | | | |
| 159. Maryland St Dept Transn Cons Transn (574204ZB2) | A | Interest | J | T | | | | | |
| 160. Washington St Var Purp Genl Oblig Ref-A (93974C4N7) | A | Interest | J | T | | | | | |
| 161. University MD Sys Auxiliary Fac & Tuition (9144022B7) | A | Interest | J | T | Buy | 06/14/18 | J | | |
| 162. Ohio St Hosp Fac Actg By And Thrgh The OH Dev Fing Rev (677561KB7) | A | Interest | | | Sold | 05/22/18 | J | | |
| 163. New York N Y City Transitional Fin Auth (64972HZK1) | A | Interest | J | T | | | | | |
| 164. Indiana Univ Revs Student Fee Rev-Y (4551698EM2) | A | Interest | J | T | Buy | 09/13/18 | J | | |
| 165. South Dakota Conservancy Dist Rev-B (837545LK6) | A | Interest | J | T | | | | | |
| 166. Texas St Genl Oblig Rev-A (882723SQ3) | A | Interest | J | T | | | | | |
| 167. Chicago Ill O'Hare Intl Arpt Sr Lien Rev Ref (167593YW6) | A | Interest | J | T | | | | | |
| 168. Lower Colo Riv Auth Tex Transmission Contract Rev (54811BRL7) | A | Interest | J | T | Buy | 06/07/18 | J | | |
| 169. New Hampshire Mun Bd Bk (64465P2LI) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Tennessee St Sch Ed Auth Higher Edl Facs Second Prog Rev-B (880558HK0) | A | Interest | J | T | Buy | 06/05/18 | J | | |
| 171. Charleston SC Wtrwks & Swr Rev Ref (160429WV4) | A | Interest | J | T | | | | | |
| 172. Oregon St Genl Oblig Rev·A (68609BYY7) | A | Interest | J | T | | | | | |
| 173. University Wash Univ Gen Rev Ref-B (91523NNM4) | A | Interest | J | T | Buy | 06/21/18 | J | | |
| 174. Metropolitan Transn Auth NY Dedicated T Green (59259N7A5) | A | Interest | J | T | | | | | |
| 175. Dallas Area Rapid Transit Sr Lien Sales Tax Rev Ref-A (235241RJ7) | A | Interest | J | T | Buy | 06/01/18 | J | | |
| 176. New York St Dorm Auth Sales Tax St Supported Debt (64990AGA7) | A | Interest | J | T | | | | | |
| 177. South Carolina Jobs-Economic Dev Auth Hosp Rev (83703FKJ0) | A | Interest | J | T | Buy | 06/13/18 | J | | |
| 178. Wisconsin St Genl Oblig Ref (97705MGS8) | A | Interest | J | T | | | | | |
| 179. Metropolitan Transn Auth NY Rev (59261AWZ6) | A | Interest | J | T | Buy | 08/17/18 | J | | |
| 180. Phoenix Ariz Civic Impt Corp Wastewater Sys Rev-A (71883FKY2) | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 181. Minnesota St Var Purp Genl Oblig Ser-A (60412ALE1) | A | Interest | J | T | Buy | 10/18/18 | J | | |
| 182. Grand River Dam Ck Auth Rev Ref-A (386442WQ6) | A | Interest | J | T | Buy | 06/11/18 | J | | |
| 183. Nevada St Hwy Impt Rev (641480JS8) | A | Interest | J | T | Buy | 07/02/18 | J | | |
| 184. Oregon St Dept Administrative Svcs Lotte (68607VW68) | A | Interest | J | T | | | | | |
| 185. West Virginia St Rd Genl Oblig Ser-B (956553A92) | A | Interest | J | T | Buy | 07/05/18 | J | | |
| 186. Wisconsin St Environmental Impt Fd Rev (97709TBH8) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. 401(k) #1 (H) | | | | | | | | | |
| 188. iShares Russ 2000 Sm Cp 1x I (MASKX) | | None | | | Sold | 03/31/18 | M | | |
| 189. Janus Enterprise I (JMGRX) | | None | M | T | | | | | |
| 190. TRP Blue Chip Growth Fund (TRBCX) | | None | M | T | Buy | 03/31/18 | M | | |
| 191. BROKERAGE #4 (H) | | | | | | | | | |
| 192. Morgan Stanley Private Bank NA (cash) | A | Interest | J | T | Open | 05/31/18 | L | | |
| 193. New Media Invt Group Inc (NEWM) (X) | A | Dividend | J | T | | | | | |
| 194. Lord Abbett Ultra Short Bd A (LUBAX) | A | Dividend | M | T | Buy | 06/01/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wettre, Leda D. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 188 and 190: Transaction dates are the closing dates for the corresponding quarterly statements, as more specific information is not available from the 401(k) plan manager.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leda D. Wettre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544